

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2014

No. 04-13-00739-CR

Andres R. **CISNEROS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0183
Honorable Ray Olivarri, Judge Presiding

## O R D E R

The reporter's record in the above-styled and numbered cause was originally due on December 2, 2013. On December 17, 2013, the Clerk's Office notified Court Reporter Sachiko Nagao that the reporter's record was late. Ms. Nagao was instructed to file a Notification of Late Record explaining the delay within ten days of our notification, or to file the reporter's record within thirty days. On January 27, 2014, Ms. Nagao filed a Notification of Late Record in which she requested an extension of time on the grounds that she had recovered from an illness and was "now . . . catching up." Ms. Nagao estimated the record would be completed by February 16, 2014; therefore, this court granted her an extension until February 18, 2014.

On February 20, 2014, Ms. Nagao filed a second Notification of Late Record in which she requests an extension on the grounds that she is "just catching up." Ms. Nagao estimates the record will be complete by February 28, 2014.

It is therefore ORDERED that Ms. Nagao file the reporter's record in this court no later than February 28, 2014. If the record is not received by that date, an order will be issued directing Ms. Nagao to appear before this court to show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Nagao by certified mail, return receipt requested, and by United States mail. And, because the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed, the clerk of this court shall also cause a copy of this order to be served upon the trial court. *See* TEX. R. APP. P. 35.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2014.

Keith E. Hottle
Clerk of Court